# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-3414

_____

Wilfrido Juan Pujols, also known as Wil Pujols

*Plaintiff - Appellant*

v.

Pujols Family Foundation; Deidre Pujols, in her individual capacity; Jose Alberto Pujols, in his individual capacity, also known as Albert Pujols

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 3, 2018
Filed: May 8, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Wilfrido Pujols appeals the district court's[1] dismissal with prejudice of his diversity action asserting state-law claims for libel and slander. Having reviewed the record and the parties' filings, we agree, for the reasons stated by the district court, that Pujols failed to state a claim for either libel or slander. <u>See</u> <u>Martin v. Iowa</u>, 752 F.3d 725, 727 (8th Cir. 2014) (Fed. R. Civ. P. 12(b)(6) dismissal is reviewed de novo). We further conclude that the district court correctly dismissed the action with prejudice. <u>See</u> <u>Ahmed v. United States</u>, 147 F.3d 791, 797 (8th Cir. 1998) (dismissal for failure to state a claim upon which relief can be granted under Rule 12(b)(6) is adjudication on the merits; dismissal with prejudice is appropriate).

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.